| Information to identify the case: | | |
|---|---|---|
| Debtor | **Orion Healthcorp, Inc.** <br> Name | EIN **58–1597246** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **8–18–71748–ast** | | Date case filed for chapter **11   3/16/18** |

# TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on August 30, 2019 by Sanford P Rosen on behalf of Porteck India Infoservices Private Ltd., appealing Ordered, Denying Motion of Porteck India Infoservices Private Ltd. for Order authorizing allowance, document number 762.

Pursuant to Bankruptcy Rule 8003(d)(1), the following documents are being transmitted:

1. Notice of Appeal to District Court by Sanford P Rosen on behalf of Porteck India Infoservices Private Ltd.

Dated: September 3, 2019

Robert A. Gavin, Jr., Clerk of Court

By: Amy Tenneriello
_____
Deputy Clerk

**BLtroap.jsp** [Transmittal of Notice of Appeal 04/17/17]